UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Corry Jonas,

                      *Plaintiff*,

-against-

AutoZoners LLC, AutoZone, Stores, Inc., and AutoZone, Inc.,

                      *Defendants*.

Case No. 1:22-cv-03672-ENV-SJB

**STIPULATION OF DISMISSAL**

**WHEREAS**, no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and there is no person not a party who has an interest in the subject matter of this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and all Defendants, through their undersigned attorneys, pursuant to FRCP 41(a)(1), that the above-captioned action is discontinued and dismissed without prejudice, against defendants AutoZoners LLC, AutoZone, Stores, Inc., and AutoZone, Inc.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or electronic copies of the signatures on their stipulation may be treated as originals for all purposes.

Dated: September 29, 2022
New York, NY

| LAW OFFICE OF MOHAMMED GANGAT | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By: _/s/ Mohammed Gangat_<br>Mohammed Gangat, Esq.,<br>675 Third Avenue, Suite 1810,<br>New York, NY 10017<br>(718) 669-0714 | By: _Michael D. Billok_<br>Michael David Billok, Esq.<br>268 Broadway, Suite 104,<br>Saratoga Springs, NY 12866<br>(518) 533-3236 |

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/3/2022
/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is respectfully directed to close this case.